```
 1
 2
 3
 4
 5
 6                    IN THE UNITED STATES DISTRICT COURT
 7                        FOR THE DISTRICT OF ARIZONA
 8
 9   United States of America,         )
                                       )
10            Plaintiff,               )    05-7271m
                                       )
11   vs.                               )
                                       )
12                                     )    MATERIAL WITNESS ORDER
     Alejandro Flores-Carranza, et. al.,)
13                                     )
              Defendant.               )
14                                     )
                                       )
15
```

16   Defendant, Melissa Kirkpatrick having been charged in the District of Arizona with a
17   violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and the Magistrate Judge
18   having determined from the affidavit of Jamison Matuszewski filed in this case, the
19   following persons can provide testimony that is material to the offense(s) alleged in the
20   complaint:
21           Roberto Enriquez-Cardenas
22           Victor Manuel Maldonado-Madrid
23
24   The Magistrate Judge finds that it may become impracticable to secure the presence of the
25   witness(es) by subpoena in further proceedings because they are not in the United States
26   legally and have no legal residence or employment in this Country.
27   IT IS ORDERED that the witness(es) shall be detained pursuant to 18 USC § 3144 in a
28   corrections facility separate, to the extent practicable, from persons awaiting or serving

1  sentences or being held in custody pending appeal. The witness(es) shall be afforded a
2  reasonable opportunity for private consultation with counsel.
3     DATED this 4th day of October, 2005.

                                     Edward C. Voss
                                    United States Magistrate Judge